STEVEN A. FABBRO, ESQ. (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
1124 Eleventh Street
Modesto, CA 95354
Telephone:     (209) 527-6242
Facsimile:      (209) 527-6251

Attorney for Plaintiff:
FRANKLIN HOOT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| FRANKLIN HOOT,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, DOES 1 -100, Inclusive,<br><br>                    Defendants. | Case No. 1:11-CV-01855-LJO-GSA<br><br>**STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF THE ACTION** |

## STIPULATION

The parties to the above-entitled action hereby stipulation and agreed as follows:

1. With the court's approval, the parties, by and through their respective counsel of record, hereby stipulate and agree, in exchange for the waiver of the defendant's right to recover the costs of defense incurred thus far this action before the U.S. District Court, the plaintiff agrees to the dismissal of any and all claims in this action **with prejudice**.

2. Each side is to bear its own costs in the litigation of the action before the U.S. District Court, including attorney's fees.

**IT IS SO STIPULATED.**

Dated: March __, 2013                Respectfully submitted,

                                     LAW OFFICES OF STEVEN A. FABBRO


                                     BY: _____/s/_____
                                          STEVEN A. FABBRO, ESQ.
                                          Attorney for Plaintiff

Dated: March ___, 2013               SUSAN ALCALA WOOD, City Attorney


                                     BY:____/s/_____
                                          JAMES F. WILSON, ESQ.
                                          Senior Deputy City Attorney
                                          Attorneys for Defendants

Dated: March 5, 2013                 **SO AGREED AND APPROVED AS TO FORM AND CONTENT**


                                     BY:_____/s/_____
                                          FRANKLIN HOOT, Plaintiff

**ORDER**

Based upon the foregoing stipulation and agreement of the parties in the above-entitled action, **IT IS HEREBY ORDERED** that this action is dismissed as follows:

1. All claims advanced by the plaintiff in this action are **DISMISSED WITH PREJUDICE;**

2. Each side to bear its own costs, including attorney's fees, in this action.

/ / /

/ / /

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 6, 2013**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE